

**FILED**

8/8/2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

*JJK*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Zimmana M Givens

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**RECEIVED**

JUL 01 2016 ☙
7-1-16 ᴊᴊᴋ
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

vs.

Cook County Jail

_____

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

Case No:_____
(To be supplied by the Clerk of this Court)

16cv6933
Judge John Robert Blakey
Magistrate Judge Maria Valdez
PC5

**CHECK ONE ONLY:**

_____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

✓ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

    A.    Name: Rimmena M Givens

    B.    List all aliases: _____

    C.    Prisoner identification number: 2015 1218 005

    D.    Place of present confinement: Cook County Jail

    E.    Address: 2700 South California AVE

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: _____

           Title: _____

           Place of Employment: _____

    B.    Defendant: _____

           Title: _____

           Place of Employment: _____

    C.    Defendant: _____

           Title: _____

           Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A.    Name of case and docket number: _____

            _____

    B.    Approximate date of filing lawsuit: _____

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

            _____

            _____

            _____

    D.    List all defendants: _____

            _____

            _____

            _____

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F.    Name of judge to whom case was assigned: _____

            _____

    G.    Basic claim made:_____

            _____

            _____

    H.    Disposition of this case (for example:  Was the case dismissed?  Was it appealed? Is it still pending?):  _____

            _____

            _____

    I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT.  REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE.  CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.     **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is
involved, including names, dates, and places. **Do not give any legal arguments or cite any
cases or statutes.** If you intend to allege a number of related claims, number and set forth
each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets
if necessary.)

I Rimmana M Givens became a Detainee of the
cookCounty Jail on December 18, 2015 for a period
of five month and during the five moth stey i was
housed in Division 3-2ᴬ my cell tolite was molded
inside as well as lead on the walls of the cell
was peeling the Shower had mold and had a Smell
of backed up Sewer which was a tototally
unsanitery living Enviornment i suffered major
back pain Evere day from sleeping on a mattress that
no longer had air in it So my back was against
the Steel they refused to give me a request for a
new mattress the doctors that was seeing me for
my pain. Of Feb 1, 2016 the officer moved us
from Division 3-2ᴬ to Division 4-Q2 which was
supposed to be a better living unit but the tolite
had rust and mold as well in the ceil paint-
leed was peeling off the walls also the Shower
was filled with leed that had turned black

Revised 9/2007

on the brick walls as well as the top of
the ~~ceiling~~ RG ceiling had diffrent colors of
mold pink purple black and the water
had a brownish color to it the fountein that
we had to drink out of was rusted out
i was released on May 17, 2016 and after that
horrible experience i will not be getting
arrested ever again

Revised 9/2007

**V.     Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

_____
_____
_____
_____
_____
_____

VI.     The plaintiff demands that the case be tried by a jury.  ☐ YES     ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _July_ day of ___1___, 20 _16_

_Rimmena Givens_
(Signature of plaintiff or plaintiffs)

_Rimmena Givens_
(Print name)

_2015 121 8001_
(I.D. Number)

_14655 South Princeton Dolton IL 60419_
(Address)

Revised 9/2007

**Resident Funds Inquiry**

Print Page Content
Reset Password
Logout

Resident ID: [ 20151218005 ]   [ Submit ]

Resident ID: **20151218005**
Resident Name: **GIVENS , RIMMANA**
Date of Birth: **1974-03-19**
Location: **- D4Q2 - 205 - 2**

**Account Activity:**                                           Prior History

| Date | Transaction | Type | Description | Amount | Balance | Due | Held | Encumbered | Total |
|------|-------------|------|-------------|--------|---------|-----|------|------------|-------|
| 2/23/2016 | 119841559 | EPR | OID:102207786-ComisaryPurch-Reg | -46.80 | 0.57 | 0.00 | 0.00 | 0.00 | 0.57 |
| 2/22/2016 | 119837047 | SECUREDEPOSITS | 13021890 BRANCH ASHANTI | 43.00 | 47.37 | 0.00 | 0.00 | 0.00 | 47.37 |
| 2/16/2016 | 119816300 | EPR | OID:102202172-ComisaryPurch-Reg | -56.26 | 4.37 | 0.00 | 0.00 | 0.00 | 4.37 |
| 2/15/2016 | 119809175 | SECUREDEPOSITS | 12020220 HOSKINS SHAMONA | 38.00 | 60.63 | 0.00 | 0.00 | 0.00 | 60.63 |
| 2/09/2016 | 119789141 | EPR | OID:102196263-ComisaryPurch-Reg | -55.59 | 22.63 | 0.00 | 0.00 | 0.00 | 22.63 |
| 2/09/2016 | 119788441 | DEPWU | 4807482999 02/08/16 | 40.00 | 78.22 | 0.00 | 0.00 | 0.00 | 78.22 |
| 2/02/2016 | 119761746 | EPR | OID:102189889-ComisaryPurch-Reg | -61.89 | 38.22 | 0.00 | 0.00 | 0.00 | 38.22 |
| 1/27/2016 | 119747921 | DEPMG | 67613721 01/26 | 100.00 | 100.11 | 0.00 | 0.00 | 0.00 | 100.11 |
| 1/26/2016 | 119736715 | EPR | OID:102184716-ComisaryPurch-Reg | -50.09 | 0.11 | 0.00 | 0.00 | 0.00 | 0.11 |
| 1/25/2016 | 119733135 | DEPWU | 1864378258 01/22/16 | 50.00 | 50.20 | 0.00 | 0.00 | 0.00 | 50.20 |
| 1/12/2016 | 119699324 | EPR | OID:102178158-ComisaryPurch-Reg | -69.80 | 0.20 | 0.00 | 0.00 | 0.00 | 0.20 |
| 1/04/2016 | 119663173 | DEPWU | 3900267053 12/31/15 | 30.00 | 70.00 | 0.00 | 0.00 | 0.00 | 70.00 |
| 12/28/2015 | 119650182 | DEPWU | 3055238530 12/26 | 40.00 | 40.00 | 0.00 | 0.00 | 0.00 | 40.00 |

**Resident Funds Inquiry**

Print Page Content
Reset Password
Logout

Resident ID: [20151218005]   [ Submit ]

Resident ID: **20151218005**
Resident Name: GIVENS , RIMMANA
Date of Birth: **1974-03-19**
Location: - D4Q2 - 205 - 2

**Account Activity:**                                                                Prior History

| Date | Transaction | Type | Description | Amount | Balance | Due | Held | Encumbered | Total |
|------|-------------|------|-------------|--------|---------|-----|------|------------|-------|
| 3/01/2016 | 119866847 | EPR | OID:102212660-ComisaryPurch-Reg | -0.47 | 0.10 | 0.00 | | 0.00 | 0.10 |
| 2/23/2016 | 119841559 | EPR | OID:102207786-ComisaryPurch-Reg | -46.80 | 0.57 | 0.00 | | 0.00 | 0.57 |
| 2/22/2016 | 119837047 | SECUREDEPOSITS | 13021890 BRANCH ASHANTI | 43.00 | 47.37 | 0.00 | | 0.00 | 47.37 |
| 2/16/2016 | 119816300 | EPR | OID:102202172-ComisaryPurch-Reg | -56.26 | 4.37 | 0.00 | | 0.00 | 4.37 |
| 2/15/2016 | 119809175 | SECUREDEPOSITS | 12020220 HOSKINS SHAMONA | 38.00 | 60.63 | 0.00 | | 0.00 | 60.63 |
| 2/09/2016 | 119789141 | EPR | OID:102196263-ComisaryPurch-Reg | -55.59 | 22.63 | 0.00 | | 0.00 | 22.63 |
| 2/09/2016 | 119788441 | DEPWU | 4807482999 02/08/16 | 40.00 | 78.22 | 0.00 | | 0.00 | 78.22 |
| 2/02/2016 | 119761746 | EPR | OID:102189889-ComisaryPurch-Reg | -61.89 | 38.22 | 0.00 | | 0.00 | 38.22 |
| 1/27/2016 | 119747921 | DEPMG | 67613721 01/26 | 100.00 | 100.11 | 0.00 | | 0.00 | 100.11 |
| 1/26/2016 | 119736715 | EPR | OID:102184716-ComisaryPurch-Reg | -50.09 | 0.11 | 0.00 | | 0.00 | 0.11 |
| 1/25/2016 | 119733135 | DEPWU | 1864378258 01/22/16 | 50.00 | 50.20 | 0.00 | | 0.00 | 50.20 |
| 1/12/2016 | 119699324 | EPR | OID:102178158-ComisaryPurch-Reg | -69.80 | 0.20 | 0.00 | | 0.00 | 0.20 |
| 1/04/2016 | 119663173 | DEPWU | 3900267053 12/31/15 | 30.00 | 70.00 | 0.00 | 0.00 | 0.00 | 70.00 |
| 12/28/2015 | 119650182 | DEPWU | 3055238530 12/26 | 40.00 | 40.00 | 0.00 | | 0.00 | 40.00 |

## Resident Funds Inquiry

Print Page Content
Reset Password
Logout

Resident ID: [20151218005]   [ Submit ]

Resident ID: **20151218005**
Resident Name: **GIVENS , RIMMANA**
Date of Birth: **1974-03-19**
Location: - **D4Q2 - 205 - 2**

**Account Activity:**                                      Prior History

| Date | Transaction | Type | Description | Amount | Balance | Due | Held | Encumbered | Total |
|------|-------------|------|-------------|--------|---------|-----|------|------------|-------|
| 2/02/2016 | 119761746 | EPR | OID:102189889-ComisaryPurch-Reg | -61.89 | 38.22 | 0.00 | 0.00 | 0.00 | 38.22 |
| 1/27/2016 | 119747921 | DEPMG | 67613721 01/26 | 100.00 | 100.11 | 0.00 | 0.00 | 0.00 | 100.11 |
| 1/26/2016 | 119736715 | EPR | OID:102184716-ComisaryPurch-Reg | -50.09 | 0.11 | 0.00 | 0.00 | 0.00 | 0.11 |
| 1/25/2016 | 119733135 | DEPWU | 1864378258 01/22/16 | 50.00 | 50.20 | 0.00 | 0.00 | 0.00 | 50.20 |
| 1/12/2016 | 119699324 | EPR | OID:102178158-ComisaryPurch-Reg | -69.80 | 0.20 | 0.00 | 0.00 | 0.00 | 0.20 |
| 1/04/2016 | 119663173 | DEPWU | 3900267053 12/31/15 | 30.00 | 70.00 | 0.00 | 0.00 | 0.00 | 70.00 |
| 12/28/2015 | 119650182 | DEPWU | 3055238530 12/26 | 40.00 | 40.00 | 0.00 | 0.00 | 0.00 | 40.00 |

## Resident Funds Inquiry

Print Page Content
Reset Password
Logout

Resident ID: [20151218005]    [ Submit ]

Resident ID: **20151218005**
Resident Name: **GIVENS , RIMMANA**
Date of Birth: **1974-03-19**
Location: **- D4Q2 - 205 - 2**

## Account Activity:                                          Prior History

| Date | Transaction | Type | Description | Amount | Balance | Due | Held | Encumbered | Total |
|------|-------------|------|-------------|--------|---------|-----|------|------------|-------|
| 3/15/2016 | 119921816 | EPR | OID:102223847-ComisaryPurch-Reg | -0.47 | 100.03 | 0.00 | 0.00 | 0.00 | 100.03 |
| 3/15/2016 | 119920742 | DEPWU | 3056094560 03/14 | 100.00 | 100.50 | 0.00 | 0.00 | 0.00 | 100.50 |
| 3/08/2016 | 119890993 | EPR | OID:102218193-ComisaryPurch-Reg | -77.60 | 0.50 | 0.00 | 0.00 | 0.00 | 0.50 |
| 3/05/2016 | 119884007 | SECUREDEPOSITS | 13377029 DV LATUNIA | 78.00 | 78.10 | 0.00 | 0.00 | 0.00 | 78.10 |
| 3/01/2016 | 119866847 | EPR | OID:102212660-ComisaryPurch-Reg | -0.47 | 0.10 | 0.00 | 0.00 | 0.00 | 0.10 |
| 2/23/2016 | 119841559 | EPR | OID:102207786-ComisaryPurch-Reg | -46.80 | 0.57 | 0.00 | 0.00 | 0.00 | 0.57 |
| 2/22/2016 | 119837047 | SECUREDEPOSITS | 13021890 BRANCH ASHANTI | 43.00 | 47.37 | 0.00 | 0.00 | 0.00 | 47.37 |
| 2/16/2016 | 119816300 | EPR | OID:102202172-ComisaryPurch-Reg | -56.26 | 4.37 | 0.00 | 0.00 | 0.00 | 4.37 |
| 2/15/2016 | 119809175 | SECUREDEPOSITS | 12020220 HOSKINS SHAMONA | 38.00 | 60.63 | 0.00 | 0.00 | 0.00 | 60.63 |
| 2/09/2016 | 119789141 | EPR | OID:102196263-ComisaryPurch-Reg | -55.59 | 22.63 | 0.00 | 0.00 | 0.00 | 22.63 |
| 2/09/2016 | 119788441 | DEPWU | 4807482999 02/08/16 | 40.00 | 78.22 | 0.00 | 0.00 | 0.00 | 78.22 |
| 2/02/2016 | 119761746 | EPR | OID:102189889-ComisaryPurch-Reg | -61.89 | 38.22 | 0.00 | 0.00 | 0.00 | 38.22 |
| 1/27/2016 | 119747921 | DEPMG | 67613721 01/26 | 100.00 | 100.11 | 0.00 | 0.00 | 0.00 | 100.11 |
| 1/26/2016 | 119736715 | EPR | | -50.09 | 0.11 | 0.00 | 0.00 | 0.00 | 0.11 |

## Resident Funds Inquiry

Print Page Content
Reset Password
Logout

Resident ID: [20151218005]  [Submit]

Resident ID: **20151218005**
Resident Name: **GIVENS , RIMMANA**
Date of Birth: **1974-03-19**
Location: **- D4Q2 - 205 - 2**

**Account Activity:**                                                    Prior History

| Date | Transaction | Type | Description | Amount | Balance | Due | Held | Encumbered | Total |
|------|-------------|------|-------------|--------|---------|-----|------|------------|-------|
| 4/13/2016 | 120040771 | DEPWU | 1023584516 4/12 | 40.00 | 40.02 | 0.00 | 0.00 | 0.00 | 40.02 |
| 4/12/2016 | 120028819 | EPR | OID:102246338-ComisaryPurch-Reg | -35.15 | 0.02 | 0.00 | 0.00 | 0.00 | 0.02 |
| 4/08/2016 | 120017760 | DEPWU | 0992935992 04/07 | 35.00 | 35.17 | 0.00 | 0.00 | 0.00 | 35.17 |
| 4/05/2016 | 120002579 | EPR | OID:102240600-ComisaryPurch-Reg | -1.65 | 0.17 | 0.00 | 0.00 | 0.00 | 0.17 |
| 4/02/2016 | 119992073 | ERF | OID:102235678-ComisaryRefund-Reg | 0.65 | 1.82 | 0.00 | 0.00 | 0.00 | 1.82 |
| 3/29/2016 | 119976343 | EPR | OID:102235678-ComisaryPurch-Reg | -67.63 | 1.17 | 0.00 | 0.00 | 0.00 | 1.17 |
| 3/29/2016 | 119972284 | DEPMG | 45728103 3/28 | 40.00 | 68.80 | 0.00 | 0.00 | 0.00 | 68.80 |
| 3/28/2016 | 119971616 | SECUREDEPOSITS | 16129361 SOUTH SHANNON | 23.00 | 28.80 | 0.00 | 0.00 | 0.00 | 28.80 |
| 3/22/2016 | 119949836 | EPR | OID:102230088-ComisaryPurch-Reg | -94.23 | 5.80 | 0.00 | 0.00 | 0.00 | 5.80 |
| 3/15/2016 | 119921816 | EPR | OID:102223847-ComisaryPurch-Reg | -0.47 | 100.03 | 0.00 | 0.00 | 0.00 | 100.03 |
| 3/15/2016 | 119920742 | DEPWU | 3056094560 03/14 | 100.00 | 100.50 | 0.00 | 0.00 | 0.00 | 100.50 |
| 3/08/2016 | 119890993 | EPR | OID:102218193-ComisaryPurch-Reg | -77.60 | 0.50 | 0.00 | 0.00 | 0.00 | 0.50 |
| 3/05/2016 | 119884007 | SECUREDEPOSITS | 13377029 DV LATUNIA | 78.00 | 78.10 | 0.00 | 0.00 | 0.00 | 78.10 |
| 3/01/2016 | 119866847 | EPR | OID:102212660-ComisaryPurch-Reg | -0.47 | 0.10 | 0.00 | 0.00 | 0.00 | 0.10 |

Case: 1:16-cv-06933 Document #: 7 Filed: 08/08/16 Page 12 of 21 PageID #:47

## Resident Funds Inquiry

Print Page Content
Reset Password
Logout

Resident ID: [20151218005]    Submit

Resident ID: **20151218005**
Resident Name: **GIVENS , RIMMANA**
Date of Birth: **1974-03-19**
Location: - **4 Q2 - 205 - 2**

**Account Activity:**                                                Prior History

| Date | Transaction | Type | Description | Amount | Balance | Due | Held | Encumbered | Total |
|------|-------------|------|-------------|-------:|--------:|----:|-----:|-----------:|------:|
| 4/26/2016 | 120080162 | DEPMO | 397502037 | 25.00 | 50.03 | 0.00 | 0.00 | 0.00 | 50.03 |
| 4/25/2016 | 120077372 | DEPWU | 4812942024 04/23/16 | 25.00 | 25.03 | 0.00 | 0.00 | 0.00 | 25.03 |
| 4/19/2016 | 120057226 | EPR | OID:102251911-ComisaryPurch-Reg | -39.99 | 0.03 | 0.00 | 0.00 | 0.00 | 0.03 |
| 4/13/2016 | 120040771 | DEPWU | 1023584516 4/12 | 40.00 | 40.02 | 0.00 | 0.00 | 0.00 | 40.02 |
| 4/12/2016 | 120028819 | EPR | OID:102246338-ComisaryPurch-Reg | -35.15 | 0.02 | 0.00 | 0.00 | 0.00 | 0.02 |
| 4/08/2016 | 120017760 | DEPWU | 0992935992 04/07 | 35.00 | 35.17 | 0.00 | 0.00 | 0.00 | 35.17 |
| 4/05/2016 | 120002579 | EPR | OID:102240600-ComisaryPurch-Reg | -1.65 | 0.17 | 0.00 | 0.00 | 0.00 | 0.17 |
| 4/02/2016 | 119992073 | ERF | OID:102235678-ComisaryRefund-Reg | 0.65 | 1.82 | 0.00 | 0.00 | 0.00 | 1.82 |
| 3/29/2016 | 119976343 | EPR | OID:102235678-ComisaryPurch-Reg | -67.63 | 1.17 | 0.00 | 0.00 | 0.00 | 1.17 |
| 3/29/2016 | 119972284 | DEPMG | 45728103 3/28 | 40.00 | 68.80 | 0.00 | 0.00 | 0.00 | 68.80 |
| 3/28/2016 | 119971616 | SECUREDEPOSITS | 16129361 SOUTH SHANNON | 23.00 | 28.80 | 0.00 | 0.00 | 0.00 | 28.80 |
| 3/22/2016 | 119949836 | EPR | OID:102230088-ComisaryPurch-Reg | -94.23 | 5.80 | 0.00 | 0.00 | 0.00 | 5.80 |
| 3/15/2016 | 119921816 | EPR | OID:102223847-ComisaryPurch-Reg | -0.47 | 100.03 | 0.00 | 0.00 | 0.00 | 100.03 |
| 3/15/2016 | 119920742 | DEPWU | 3056094560 03/14 | 100.00 | 100.50 | 0.00 | 0.00 | 0.00 | 100.50 |
| 3/08/2016 | 119890993 | EPR | | -77.60 | 0.50 | 0.00 | 0.00 | 0.00 | 0.50 |

## Resident Funds Inquiry

Print Page Content
Reset Password
Logout

Resident ID: 20151218005     [ Submit ]

Resident ID: **20151218005**
Resident Name: **GIVENS , RIMMANA**
Date of Birth: **1974-03-19**
Location: **- D3A2 - 2005 - 2**

## Account Activity:

Prior History

| Date | Transaction | Type | Description | Amount | Balance | Due | Held | Encumbered | Total |
|------|------------|------|-------------|--------|---------|-----|------|-----------|-------|
| 1/12/2016 | 119699324 | EPR | OID:102178158 - ComisaryPurch -Reg | -69.80 | 0.20 | 0.00 | 0.00 | 0.00 | 0.20 |
| 1/04/2016 | 119663173 | DEPWU | 3900267053 12/31/15 | 30.00 | 70.00 | 0.00 | 0.00 | 0.00 | 70.00 |
| 12/28/2015 | 119650182 | DEPWU | 3055238530 12/26 | 40.00 | 40.00 | 0.00 | 0.00 | 0.00 | 40.00 |

为989

为989—为L9

## Resident Funds Inquiry

Print Page Content
Reset Password
Logout

---

Resident ID: 20151218005          [ Submit ]

---

Resident ID: **20151218005**
Resident Name:**GIVENS , RIMMANA**
Date of Birth:**1974-03-19**
Location: **- D3A2 - 2005 - 2**

**Account Activity:**                                    Prior History

| Date | Transaction | Type | Description | Amount | Balance | Due | Held | Encumbered | Total |
|------|-------------|------|-------------|--------|---------|-----|------|------------|-------|
| 1/27/2016 | 119747921 | DEPMG | 67613721 01/26 | 100.00 | 100.11 | 0.00 | 0.00 | 0.00 | 100.11 |
| 1/26/2016 | 119736715 | EPR | OID:102184716 - ComisaryPurch -Reg | -50.09 | 0.11 | 0.00 | 0.00 | 0.00 | 0.11 |
| 1/25/2016 | 119733135 | DEPWU | 1864378258 01/22/16 | 50.00 | 50.20 | 0.00 | 0.00 | 0.00 | 50.20 |
| 1/12/2016 | 119699324 | EPR | OID:102178158 - ComisaryPurch -Reg | -69.80 | 0.20 | 0.00 | 0.00 | 0.00 | 0.20 |
| 1/04/2016 | 119663173 | DEPWU | 3900267053 12/31/15 | 30.00 | 70.00 | 0.00 | 0.00 | 0.00 | 70.00 |
| 12/28/2015 | 119650182 | DEPWU | 3055238530 12/26 | 40.00 | 40.00 | 0.00 | 0.00 | 0.00 | 40.00 |

Case: 1:16-cv-06983 Document #: 7 Filed: 08/08/16 Page 16 of 21 PageID #:51

## Resident Funds Inquiry

Print Page Content
Reset Password
Logout

Resident ID: [20151218005]   [Submit]

Resident ID: **20151218005**
Resident Name: **GIVENS , RIMMANA**
Date of Birth: **1974-03-19**
Location: **- D4Q2 - 205 - 2**

### Account Activity:

Prior History

| Date | Transaction | Type | Description | Amount | Balance | Due | Held | Encumbered | Total |
|------|-------------|------|-------------|--------|---------|-----|------|------------|-------|
| 3/08/2016 | 119890993 | EPR | OID:102218193-ComisaryPurch-Reg | -77.60 | 0.50 | 0.00 | 0.00 | 0.00 | 0.50 |
| 3/05/2016 | 119884007 | SECUREDEPOSITS | 13377029 DV LATUNIA | 78.00 | 78.10 | 0.00 | 0.00 | 0.00 | 78.10 |
| 3/01/2016 | 119866847 | EPR | OID:102212660-ComisaryPurch-Reg | -0.47 | 0.10 | 0.00 | 0.00 | 0.00 | 0.10 |
| 2/23/2016 | 119841559 | EPR | OID:102207786-ComisaryPurch-Reg | -46.80 | 0.57 | 0.00 | 0.00 | 0.00 | 0.57 |
| 2/22/2016 | 119837047 | SECUREDEPOSITS | 13021890 BRANCH ASHANTI | 43.00 | 47.37 | 0.00 | 0.00 | 0.00 | 47.37 |
| 2/16/2016 | 119816300 | EPR | OID:102202172-ComisaryPurch-Reg | -56.26 | 4.37 | 0.00 | 0.00 | 0.00 | 4.37 |
| 2/15/2016 | 119809175 | SECUREDEPOSITS | 12020220 HOSKINS SHAMONA | 38.00 | 60.63 | 0.00 | 0.00 | 0.00 | 60.63 |
| 2/09/2016 | 119789141 | EPR | OID:102196263-ComisaryPurch-Reg | -55.59 | 22.63 | 0.00 | 0.00 | 0.00 | 22.63 |
| 2/09/2016 | 119788441 | DEPWU | 4807482999 02/08/16 | 40.00 | 78.22 | 0.00 | 0.00 | 0.00 | 78.22 |
| 2/02/2016 | 119761746 | EPR | OID:102189889-ComisaryPurch-Reg | -61.89 | 38.22 | 0.00 | 0.00 | 0.00 | 38.22 |
| 1/27/2016 | 119747921 | DEPMG | 67613721 01/26 | 100.00 | 100.11 | 0.00 | 0.00 | 0.00 | 100.11 |
| 1/26/2016 | 119736715 | EPR | OID:102184716-ComisaryPurch-Reg | -50.09 | 0.11 | 0.00 | 0.00 | 0.00 | 0.11 |
| 1/25/2016 | 119733135 | DEPWU | 1864378258 01/22/16 | 50.00 | 50.20 | 0.00 | 0.00 | 0.00 | 50.20 |
| 1/12/2016 | 119699324 | EPR | | -69.80 | 0.20 | 0.00 | 0.00 | 0.00 | 0.20 |

## Resident Funds Inquiry

Print Page Content
Reset Password
Logout

Resident ID: 20151218005    Submit

Resident ID: **20151218005**
Resident Name: **GIVENS , RIMMANA**
Date of Birth: **1974-03-19**
Location: - D4Q2 - 205 - 2

**Account Activity:**                                                                    Prior History

| Date | Transaction | Type | Description | Amount | Balance | Due | Held | Encumbered | Total |
|------|-------------|------|-------------|--------|---------|-----|------|------------|-------|
| 3/29/2016 | 119976343 | EPR | OID:102235678-ComisaryPurch-Reg | -67.63 | 1.17 | 0.00 | 0.00 | 0.00 | 1.17 |
| 3/29/2016 | 119972284 | DEPMG | 45728103 3/28 | 40.00 | 68.80 | 0.00 | 0.00 | 0.00 | 68.80 |
| 3/28/2016 | 119971616 | SECUREDEPOSITS | 16129361 SOUTH SHANNON | 23.00 | 28.80 | 0.00 | 0.00 | 0.00 | 28.80 |
| 3/22/2016 | 119949836 | EPR | OID:102230088-ComisaryPurch-Reg | -94.23 | 5.80 | 0.00 | 0.00 | 0.00 | 5.80 |
| 3/15/2016 | 119921816 | EPR | OID:102223847-ComisaryPurch-Reg | -0.47 | 100.03 | 0.00 | 0.00 | 0.00 | 100.03 |
| 3/15/2016 | 119920742 | DEPWU | 3056094560 03/14 | 100.00 | 100.50 | 0.00 | 0.00 | 0.00 | 100.50 |
| 3/08/2016 | 119890993 | EPR | OID:102218193-ComisaryPurch-Reg | -77.60 | 0.50 | 0.00 | 0.00 | 0.00 | 0.50 |
| 3/05/2016 | 119884007 | SECUREDEPOSITS | 13377029 DV LATUNIA | 78.00 | 78.10 | 0.00 | 0.00 | 0.00 | 78.10 |
| 3/01/2016 | 119866847 | EPR | OID:102212660-ComisaryPurch-Reg | -0.47 | 0.10 | 0.00 | 0.00 | 0.00 | 0.10 |
| 2/23/2016 | 119841559 | EPR | OID:102207786-ComisaryPurch-Reg | -46.80 | 0.57 | 0.00 | 0.00 | 0.00 | 0.57 |
| 2/22/2016 | 119837047 | SECUREDEPOSITS | 13021890 BRANCH ASHANTI | 43.00 | 47.37 | 0.00 | 0.00 | 0.00 | 47.37 |
| 2/16/2016 | 119816300 | EPR | OID:102202172-ComisaryPurch-Reg | -56.26 | 4.37 | 0.00 | 0.00 | 0.00 | 4.37 |
| 2/15/2016 | 119809175 | SECUREDEPOSITS | 12020220 HOSKINS SHAMONA | 38.00 | 60.63 | 0.00 | 0.00 | 0.00 | 60.63 |
| 2/09/2016 | 119789141 | EPR | | -55.59 | 22.63 | 0.00 | 0.00 | 0.00 | 22.63 |

## Resident Funds Inquiry
Print Page Content
Reset Password
Logout

Resident ID: [20151218005]    [ Submit ]

Resident ID: **20151218005**
Resident Name: **GIVENS , RIMMANA**
Date of Birth: **1974-03-19**
Location: **- D4Q2 - 205 - 2**

**Account Activity:**                                              Prior History

| Date | Transaction | Type | Description | Amount | Balance | Due | Held | Encumbered | Total |
|------|-------------|------|-------------|--------|---------|-----|------|------------|-------|
| 3/22/2016 | 119949836 | EPR | OID:102230088-ComisaryPurch-Reg | -94.23 | 5.80 | 0.00 | 0.00 | 0.00 | 5.80 |
| 3/15/2016 | 119921816 | EPR | OID:102223847-ComisaryPurch-Reg | -0.47 | 100.03 | 0.00 | 0.00 | 0.00 | 100.03 |
| 3/15/2016 | 119920742 | DEPWU | 3056094560 03/14 | 100.00 | 100.50 | 0.00 | 0.00 | 0.00 | 100.50 |
| 3/08/2016 | 119890993 | EPR | OID:102218193-ComisaryPurch-Reg | -77.60 | 0.50 | 0.00 | 0.00 | 0.00 | 0.50 |
| 3/05/2016 | 119884007 | SECUREDEPOSITS | 13377029 DV LATUNIA | 78.00 | 78.10 | 0.00 | 0.00 | 0.00 | 78.10 |
| 3/01/2016 | 119866847 | EPR | OID:102212660-ComisaryPurch-Reg | -0.47 | 0.10 | 0.00 | 0.00 | 0.00 | 0.10 |
| 2/23/2016 | 119841559 | EPR | OID:102207786-ComisaryPurch-Reg | -46.80 | 0.57 | 0.00 | 0.00 | 0.00 | 0.57 |
| 2/22/2016 | 119837047 | SECUREDEPOSITS | 13021890 BRANCH ASHANTI | 43.00 | 47.37 | 0.00 | 0.00 | 0.00 | 47.37 |
| 2/16/2016 | 119816300 | EPR | OID:102202172-ComisaryPurch-Reg | -56.26 | 4.37 | 0.00 | 0.00 | 0.00 | 4.37 |
| 2/15/2016 | 119809175 | SECUREDEPOSITS | 12020220 HOSKINS SHAMONA | 38.00 | 60.63 | 0.00 | 0.00 | 0.00 | 60.63 |
| 2/09/2016 | 119789141 | EPR | OID:102196263-ComisaryPurch-Reg | -55.59 | 22.63 | 0.00 | 0.00 | 0.00 | 22.63 |
| 2/09/2016 | 119788441 | DEPWU | 4807482999 02/08/16 | 40.00 | 78.22 | 0.00 | 0.00 | 0.00 | 78.22 |
| 2/02/2016 | 119761746 | EPR | OID:102189889-ComisaryPurch-Reg | -61.89 | 38.22 | 0.00 | 0.00 | 0.00 | 38.22 |

## Resident Funds Inquiry

Print Page Content
Reset Password
Logout

Resident ID: [ 20151218005 ]  [ Submit ]

Resident ID: **20151218005**
Resident Name: **GIVENS , RIMMANA**
Date of Birth: **1974-03-19**
Location: **- D4Q2 - 205 - 2**

**Account Activity:**                                      Prior History

| Date | Transaction | Type | Description | Amount | Balance | Due | Held | Encumbered | Total |
|------|-------------|------|-------------|--------|---------|-----|------|------------|-------|
| 4/05/2016 | 120002579 | EPR | OID:102240600-ComisaryPurch-Reg | -1.65 | 0.17 | 0.00 | 0.00 | 0.00 | 0.17 |
| 4/02/2016 | 119992073 | ERF | OID:102235678-ComisaryRefund-Reg | 0.65 | 1.82 | 0.00 | 0.00 | 0.00 | 1.82 |
| 3/29/2016 | 119976343 | EPR | OID:102235678-ComisaryPurch-Reg | -67.63 | 1.17 | 0.00 | 0.00 | 0.00 | 1.17 |
| 3/29/2016 | 119972234 | DEPMG | 45728103 3/28 | 40.00 | 68.80 | 0.00 | 0.00 | 0.00 | 68.80 |
| 3/28/2016 | 119971616 | SECUREDEPOSITS | 16129361 SOUTH SHANNON | 23.00 | 28.80 | 0.00 | 0.00 | 0.00 | 28.80 |
| 3/22/2016 | 119949836 | EPR | OID:102230088-ComisaryPurch-Reg | -94.23 | 5.80 | 0.00 | 0.00 | 0.00 | 5.80 |
| 3/15/2016 | 119921816 | EPR | OID:102223847-ComisaryPurch-Reg | -0.47 | 100.03 | 0.00 | 0.00 | 0.00 | 100.03 |
| 3/15/2016 | 119920742 | DEPWU | 3056094560 03/14 | 100.00 | 100.50 | 0.00 | 0.00 | 0.00 | 100.50 |
| 3/08/2016 | 119890993 | EPR | OID:102218193-ComisaryPurch-Reg | -77.60 | 0.50 | 0.00 | 0.00 | 0.00 | 0.50 |
| 3/05/2016 | 119884007 | SECUREDEPOSITS | 13377029 DV LATUNIA | 78.00 | 78.10 | 0.00 | 0.00 | 0.00 | 78.10 |
| 3/01/2016 | 119866847 | EPR | OID:102212660-ComisaryPurch-Reg | -0.47 | 0.10 | 0.00 | 0.00 | 0.00 | 0.10 |
| 2/23/2016 | 119841559 | EPR | OID:102207786-ComisaryPurch-Reg | -46.80 | 0.57 | 0.00 | 0.00 | 0.00 | 0.57 |
| 2/22/2016 | 119837047 | SECUREDEPOSITS | 13021890 BRANCH ASHANTI | 43.00 | 47.37 | 0.00 | 0.00 | 0.00 | 47.37 |
| 2/16/2016 | 119816300 | EPR | | -56.26 | 4.37 | 0.00 | 0.00 | 0.00 | 4.37 |

09:32 AM
01/26/2016

P.O BOX 17490, St Louis, MO 63178-7490

OF 1
SHIP FROM: 300

NAME: GIVENS, RIMMANA          078138
NUMBER: 20151218005
FACILITY NUMBER: 16428(28727J-001)                    CPR : 102184716
BLOCK: D3A2   TIER: 2005    CELL: 2                    BEG FUND BAL: 50.20
  FACILITY NAME: COOK COUNTY DEPT OF CORR              ORDER DATE: 01/26/2016
                                                       ORDER : 5533342

          5533342-102184716                            1902584

| BAY | SEQ # | ALIAS | QTY | UOM | DESCRIPTION | ITEM# | T | PRICE | TOTAL |
|-----|-------|-------|-----|-----|-------------|-------|---|-------|-------|
| KA2 | | | | | | | | | |
| | 2789 | 1 | | EA | TAPATIO HOT SAUCE | 7160 | | 2.22 | 2.22 |
| | 6026 | 12 | | EA | CHILI RAMEN | 10 | | 0.90 | 10.80 |
| | 6075 | 3 | | EA | WHOLE SHAB S 1.5 OZ | 6025 | | 0.93 | 2.79 |
| | 6111 | 4 | | EA | CA HOT&SPICY CORN CHIPS | 7999 | | 0.93 | 3.72 |
| | 6125 | 1 | | EA | HOT CHIPS 1.5 OZ | 6026 | | 0.93 | 0.93 |
| | 6174 | 3 | | EA | BQ HOT CHILI W/ BEANS | 1712 | | 3.63 | 10.89 |
| | 6176 | 4 | | EA | FC MACKERAL | 4385 | | 2.50 | 10.00 |
| | 6195 | 1 | | EA | PREMIUM CHICKEN BREAST | 5360 | | 5.13 | 5.13 |
| | 6262 | 2 | | PK | MAYONNAISE 12PK | 6510 | | 1.25 | 2.50 |

REJECTED ITEMS
    ALIAS   QTY   DESCRIPTION                REASON
    6125    1     HOT CHIPS 1.5 OZ           Insufficient Funds
    6195    1     PREMIUM CHICKEN BREAST     Insufficient Funds


          T.B


+                                          +         SUBTOTAL        4.98
!     NotOnMenu N ckordered C=Cu elled     !         SALES TAX       1.11
!N    eble/Sub   S=Substituted V=Non nventory !      ORDER TOTAL    50.09
+                                          +
                                                     EN   U  BAL      11

LIST ITEMS OF SHORTAGES AND/OR DAMAGES        QTY    CATEGORY/DESCRIPTION


                                               3-19-74

SIGNED Rimmana Givens Rimana Givens                           E

WITNESSED BY                                            ATE

## Resident Funds Inquiry

Print Page Content
Reset Password
Logout

Resident ID: [ 20151218005 ]  [ Submit ]

Resident ID: **20151218005**
Resident Name: **GIVENS , RIMMANA**
Date of Birth: **1974-03-19**
Location: **- D4Q2 - 205 - 2**

**Account Activity:**                                                                Prior History

| Date | Transaction | Type | Description | Amount | Balance | Due | Held | Encumbered | Total |
|------|-------------|------|-------------|--------|---------|-----|------|------------|-------|
| 2/16/2016 | 119816300 | EPR | OID:102202172-ComisaryPurch-Reg | -56.26 | 4.37 | 0.00 | 0.00 | 0.00 | 4.37 |
| 2/15/2016 | 119809175 | SECUREDEPOSITS | 12020220 HOSKINS SHAMONA | 38.00 | 60.63 | 0.00 | 0.00 | 0.00 | 60.63 |
| 2/09/2016 | 119789141 | EPR | OID:102196263-ComisaryPurch-Reg | -55.59 | 22.63 | 0.00 | 0.00 | 0.00 | 22.63 |
| 2/09/2016 | 119788441 | DEPWU | 4807482999 02/08/16 | 40.00 | 78.22 | 0.00 | 0.00 | 0.00 | 78.22 |
| 2/02/2016 | 119761746 | EPR | OID:102189889-ComisaryPurch-Reg | -61.89 | 38.22 | 0.00 | 0.00 | 0.00 | 38.22 |
| 1/27/2016 | 119747921 | DEPMG | 67613721 01/26 | 100.00 | 100.11 | 0.00 | 0.00 | 0.00 | 100.11 |
| 1/26/2016 | 119736715 | EPR | OID:102184716-ComisaryPurch-Reg | -50.09 | 0.11 | 0.00 | 0.00 | 0.00 | 0.11 |
| 1/25/2016 | 119733135 | DEPWU | 1864378258 01/22/16 | 50.00 | 50.20 | 0.00 | 0.00 | 0.00 | 50.20 |
| 1/12/2016 | 119699324 | EPR | OID:102178158-ComisaryPurch-Reg | -69.80 | 0.20 | 0.00 | 0.00 | 0.00 | 0.20 |
| 1/04/2016 | 119663173 | DEPWU | 3900267053 12/31/15 | 30.00 | 70.00 | 0.00 | 0.00 | 0.00 | 70.00 |
| 12/28/2015 | 119650182 | DEPWU | 3055238530 12/26 | 40.00 | 40.00 | 0.00 | 0.00 | 0.00 | 40.00 |